UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLORIA DUCHIN, INC. )
)
v. ) C.A. NO. CV0034ML
)
CREATIVE CATALOGS CORPORATION.)
And PC ACQUISITION, INC. d/b/a )
PERSONAL CREATIONS )

AFFIDAVIT OF SERVICE

1. I, Peter P.D. Leach, Esq., represent the Plaintiff in the above matter.

2. On January 31, 2006, service of the summons and complaint upon Defendants, Creative Catalogs Corporation, PC Acquisitions, Inc. d/b/a Personal Creations was effectuated by mailing the summons and complaint by certified mail, return receipt requested to John Semmelhack, President and CEO, 145 Tower Drive, Hinsdale, IL 60527. See Proof of Service, attached hereto.

3. That on February 3, 2006, I received the attached two (2) return receipts, Article No., 7004 2510 0003 4879 4297, and Article No., 7004 2510 0003 4879 4303, executed by, or on behalf of the Defendants, Creative Catalogs Corporation and PC Acquisitions, Inc. d/b/a Personal Creations.

4. That on February 6, 2006, I made the proof of service to the Clerk of the United States District Court for the District of Rhode Island.

Peter P.D. Leach, Esq. #3955
One Charles Street
Providence, RI 02904
(401) 521-9100

Subscribed and sworn to before me this 6th day of February, 2006.

Notary Public
My Commission expires 10/15/08

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Semmelhack
President and CEO
Creative Catalogs Corp.
~~145 Park~~ Drive
~~Hinsdale,~~ IL 60527

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Jeff Barham

C. Date of Delivery 1-31

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

19 W 661 101ST ST
LEMONT, IL 60439

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 2510 0003 4879 4303

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Semmelhack
[illegible]esident and CEO
[illegible] Acquisitions
[illegible]5 Tower Drive
Hinsdale, IL 60527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) JEFF Borkan

C. Date of Delivery 1-31

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

19 W 661 101ST ST
LEMONT, IL 60439

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7004 2510 0003 4879 4297

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540