UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLORIA DUCHIN, INC.,

*Plaintiff,*

*v.*

CREATIVE CATALOGS CORPORATION, and PC ACQUISITIONS INC., d/b/a PERSONAL CREATIONS,

*Defendants.*

2006 CV 00034 ML

**ENTRY OF APPEARANCE**

I, Robert J. Roughsedge, hereby enter my appearance on behalf of the Defendants, Creative Catalogs Corporation and PC Acquisitions Inc., d/b/a Personal Creations.

Respectfully submitted,
DEFENDANTS,

By their attorneys,

Robert J. Roughsedge (#5876)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Ste. 345
Boston, MA 02210
617-439-4990
617-439-3987 fax

Dated: February 22, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for the Defendants hereby certifies that a true copy of the *Entry of Appearance* was served upon the following attorney of record by United States first class mail, postage prepaid on this 23 day of February, 2006:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904
401-521-9100
401-521-9120 fax

Robert J. Roughsedge (#5876)