UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLORIA DUCHIN, INC.,

*Plaintiff,*

*v.*

CREATIVE CATALOGS CORPORATION, and PC ACQUISITIONS INC., d/b/a PERSONAL CREATIONS,

*Defendants.*

2006 CV 00034 ML

RECEIVED
MAR 29 2006
Property of U.S. District Court
District of Rhode Island

**NOTICE OF STIPULATION FOR ADDITIONAL TIME FOR DEFENDANTS TO FILE REPONSIVE PLEADING**

The Plaintiff has agreed to provide an extension of thirty days time for the Defendants to file a responsive pleading in the above referenced matter. Accordingly, the Defendants will file a responsive pleading on or before April 28, 2006. So stipulated,

For the Plaintiff,

Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
401-521-9100
401-521-9120 fax

For the Defendants,

Robert J. Roughsedge (#5876)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Ste. 345
Boston, MA 02210
617-439-4990
617-439-3987 fax

Enter: Mary M. Lisi USDJ 3/29/06