**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GLORIA DUCHIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06CV0034ML |
| | ) | |
| CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC., d/b/a PERSONAL CREATIONS, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR TIME TO FILE ANSWER OR OTHERWISE PLEAD**

Defendants, CREATIVE CATALOGS CORPORATION ("CCC") and PC ACQUISITION, INC. ("PC"), by and through their attorneys, for their Motion for Time to File Answer or Otherwise Plead, state as follows:

1. Plaintiff GLORIA DUCHIN, INC. ("Duchin"), filed its Complaint in this matter on January 25, 2006.

2. Soon thereafter, the parties entered into settlement discussions. By agreement, the parties have entered into several stipulations extending the time for Defendants to answer the Complaint or otherwise plead.

3. The last stipulation extending this time expired on June 30, 2006. (docket #6). At that time, the parties were still engaged in what appeared to be productive settlement negotiations.

4. Also at that time, this Court's clerk informed the parties that additional stipulations were not necessary and that, should an extended period pass without an answer or a motion for default, the Court would raise the issue with the parties.

5. Settlement negotiations have reached an impasse within the last two weeks and it the parties are unable to resolve their dispute at this time.

6. Accordingly, Defendants seek leave to file their Answer or to otherwise plead within 20 days of the filing of this Motion, or until September 21, 2006.

WHEREFORE, for all of the reasons stated above, Defendants respectfully request that the Court enter an Order:

A. Granting Defendants leave to file an Answer to the Complaint or to otherwise plead by September 21, 2006; and

B. Granting such other relief as the Court deems just and necessary.

Respectfully submitted,

**CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC.,**

By: /s/ Robert Roughsedge

Robert J. Roughsedge (#5876)
LAWSON & WEITZEN, LLP
88 Black Falcon Ave., Ste. 345
Boston, MA 02210
617-439-4990
617-439-3987 fax
RRoughsedge@lawson-weitzen.com