IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GLORIA DUCHIN, INC. | : | |
| | : | |
| v. | : | C.A. NO. 06-034ML |
| | : | |
| CREATIVE CATALOGS CORPORATION, | : | |
| And PC ACQUISITION, INC. d/b/a | : | |
| PERSONAL CREATIONS | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I, Christine M. Curley, hereby enter my appearance on behalf of Plaintiff Gloria Duchin, Inc., in the above-captioned action.

Plaintiff.
By its Attorney,

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that the foregoing Noticeof Entry of Appearance was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 5th day of September 2006:

Robert Roughsedge
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
rroughsedge@lawson-weitzen.com

/s/ Christine M. Curley