IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GLORIA DUCHIN, INC. | : | |
| | : | |
| v. | : | C.A. NO. 06-034ML |
| | : | |
| CREATIVE CATALOGS CORPORATION, | : | |
| And PC ACQUISITION, INC. d/b/a | : | |
| PERSONAL CREATIONS | : | |

**PLAINTIFF'S RESPONSE TO DISMISSAL ORDER**

Plaintiff, Gloria Duchin, Inc. hereby responds to this Court's Order dated August 25, 2006 ordering Plaintiff to show cause why this pending action should not be dismissed for lack of prosecution, as follows:

This case was filed on January 25, 2006. Plaintiff filed an Affidavit of Proof of Service on February 6, 2006. Thereafter, counsel for the parties agreed to a stipulation to extend the time for filing an answer to March 23, 2006, which was filed with the Court. The parties exchanged correspondence and information in an attempt to resolve this matter. Because of ongoing settlement discussions, two other stipulations were filed extending the time to answer to April 28, 2006 and June 30, 2006, respectively.

At this time, it appears that settlement negotiations will not be successful. Accordingly, Plaintiff has informed Defendants through counsel that an answer must be filed. Furthermore, Defendants have filed a motion to file an answer out of time to which Plaintiff does not object.

For the foregoing reasons, Plaintiff submits that it has shown good cause why this case should not be dismissed for lack of prosecution.

Gloria Duchin, Inc.,
By its attorney,

/s/ Peter P.D.Leach
PETER P.D. LEACH (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 Fax

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that the foregoing Response to Dismissal Order was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 6th day of September 2006:

Robert Roughsedge
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
rroughsedge@lawson-weitzen.com

/s/ Christine M. Curley