Revised 4/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Magistrate Judge Almond

RE: CA 06-034ML

Gloria Duchin, Inc. v. Creative Catalogs, et al

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on 9 / 1 / 06 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

_____ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $350.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

✓ 5. Papers will not be accepted for filing without a certificate of service. (Fed. R. Civ. P. 5(d)) (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

_____ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

_____ 10. Other____________________

ENTER: [signature]

United States Magistrate Judge

Date: 9/5/06

cc: Counsel of Record

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GLORIA DUCHIN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06CV0034ML |
| | ) | |
| CREATIVE CATALOGS CORPORATION | ) | |
| and PC ACQUISITION, INC., d/b/a PERSONAL | ) | |
| CREATIONS, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR TIME TO FILE ANSWER OR OTHERWISE PLEAD

Defendants, CREATIVE CATALOGS CORPORATION ("CCC") and PC ACQUISITION, INC. ("PC"), by and through their attorneys, for their Motion for Time to File Answer or Otherwise Plead, state as follows:

1. Plaintiff GLORIA DUCHIN, INC. ("Duchin"), filed its Complaint in this matter on January 25, 2006.

2. Soon thereafter, the parties entered into settlement discussions. By agreement, the parties have entered into several stipulations extending the time for Defendants to answer the Complaint or otherwise plead.

3. The last stipulation extending this time expired on June 30, 2006. (docket #6). At that time, the parties were still engaged in what appeared to be productive settlement negotiations.

4. Also at that time, this Court's clerk informed the parties that additional stipulations were not necessary and that, should an extended period pass without an answer or a motion for default, the Court would raise the issue with the parties.