**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GLORIA DUCHIN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC., d/b/a PERSONAL CREATIONS,<br><br>Defendants. | ) | No. 06-CV-00034ML |

**MOTION TO DISMISS AND TO STRIKE COUNT I**

Defendants, CREATIVE CATALOGS CORPORATION ("CCC") and PC ACQUISITION, INC. ("PC"), by and through their attorneys, for their Motion to Dismiss and to Strike Count I pursuant to Federal Rule of Civil Procedure 12(b), state as follows:

1. Plaintiff filed its Complaint on January 25, 2006. The Complaint purports to state claims for Copyright Infringement (Count I) and Trademark Infringement (Count II).

2. Count I alleges that Defendants copied a "sculptural work" allegedly created by Duchin entitled *Silverplated Baby Bootie*.

3. Count I must be dismissed for lack of jurisdiction because Duchin does not own a copyright registration on the sculptural work at issue.

4. 17 U.S.C. § 411(a) provides that "no action for infringement of the copyright in any United States work shall be instituted until registration of the copyright claim has been made in accordance with this title."

5. "Copyright registration is a condition precedent and a jurisdictional prerequisite to the filing of an infringement action." *Foraste v. Brown Univ.*, 248 F. Supp. 2d 71, 76 (D.R.I.

2003).

6. The existence of a registration must be pled in the Complaint. *Id.* at 78. *See also* F.R.C.P. 9(c) (pleading of conditions precedent).

7. The Complaint does not allege the existence of a registration for the sculptural work at issue.

8. Count I of the Complaint must, therefore, be dismissed.

WHEREFORE, for all of the reasons stated above, Defendants respectfully request that the Court enter an Order:

A. Dismissing Count I of the Complaint without prejudice; and

B. Granting such other relief as the Court deems just and necessary.

Respectfully submitted,
DEFENDANTS,

**CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC.,**

By their attorneys,

/s/ Robert J. Roughsedge

Robert J. Roughsedge (#5876)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-439-4990
fax: 617-439-3987
rroughsedge@lawson-weitzen.com

**CERTIFICATE OF SERVICE**

I hereby certify that this Assented to Motion for Time to File an Answer or Otherwise Plead was filed electronically and notice of its filing and that it is available for viewing and downloading was sent electronically to the following attorneys on September 20, 2006:

Peter P.D. Leach
Attorney at Law
One Charles Street
Providence, RI 02904
Telephone: (401) 521-9100 ext. 102
Facsimile: (401) 521-9120
Email: PeterLeachLaw@aol.com

Christine M. Curley
275 Beacon Drive
North Kingstown, RI 02852
401-294-0847
fax 401-294-0849
Email: christinecurley@earthlink.net

/s/ Robert J. Roughsedge