UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLORIA DUCHIN, INC.,

*Plaintiff,*

*v.*

CREATIVE CATALOGS CORPORATION, and PC ACQUISITIONS INC., d/b/a PERSONAL CREATIONS,

*Defendants.*

2006 CV 00034 ML

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendants Creative Catalogs Corporation and PC Acquisitions, Inc., hereby move that Stan Sneeringer be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which *pro hac vice* counsel specializes: copyright and trademark infringement.
- *Pro hac vice* counsel's long-standing representation of the Defendants.

Dated: September 28, 2006

Respectfully submitted,
DEFENDANTS,
**CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC.,**
By their attorneys,
/s/ Robert J. Roughsedge

Robert J. Roughsedge (#5876)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-439-4990
fax: 617-439-3987
rroughsedge@lawson-weitzen.com