UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLORIA DUCHIN, INC.,

*Plaintiff,*

*v.*

CREATIVE CATALOGS CORPORATION, and PC ACQUISITIONS INC., d/b/a PERSONAL CREATIONS,

*Defendants.*

2006 CV 00034 ML

**ATTORNEY'S CERTIFICATION FOR *PRO HAC VICE* ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of Illinois and the following Federal District Court and Court of Appeals Bar: Northern and Central Illinois and the Seventh Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in this District during the past twelve months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

/s/ Stan Sneeringer
Stan Sneeringer
Pedersen & Houpt
161 N. Clark Street, Suite 3100
Chicago, IL 60601
Telephone: (312) 261-2238
Facsimile: (312) 261-1238
E-mail: ssneeringer@pedersenhoupt.com

I certify that I have read and join the foregoing motion and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Robert J. Roughsedge
Robert J. Roughsedge (#5876)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-439-4990
fax: 617-439-3987
rroughsedge@lawson-weitzen.com

---

**ORDER**

This motion is hereby __________________

_________________________________
United States District Judge

Date: __________________