IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GLORIA DUCHIN, INC. | : | |
| | : | |
| v. | : | C.A. NO. 06-034ML |
| | : | |
| CREATIVE CATALOGS CORPORATION, And PC ACQUISITION, INC. d/b/a PERSONAL CREATIONS | : | |

**PLAINTIFF'S OPPOSITION TO**
**MOTION TO DISMISS AND TO STRIKE COUNT I**

Plaintiff, Gloria Duchin, Inc. hereby objects to the Motion to Dismiss and to Strike Count I filed by Defendants Creative Catalogs Corporation and PC Acquisition, Inc. on the grounds that: 1) Defendants' Motion fails to comply with Local Rule 7 of the Local Rules of the United States District Court for the District of Rhode Island in that it is not accompanied by a separate memorandum of law; and 2) that there is no jurisdictional basis to dismiss Count I of the Complaint as a copyright application has been filed with the United States Copyright Office and is presently pending.

In further support of its opposition, Plaintiff relies on the accompanying memorandum of law and attached exhibit.

Gloria Duchin, Inc.,
By its attorney,

/s/ Peter P.D.Leach
PETER P.D. LEACH (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 Fax

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that the foregoing Plaintiff's Opposition to Motion to Dismiss and To Strike Count I was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 10th day of October 2006:

Robert Roughsedge
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
rroughsedge@lawson-weitzen.com

/s/ Christine M. Curley