# EXHIBIT 1

COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, D.C. 20559-6000

NO. 12452

DATE & TIME RECEIVED 10/6/06 AM/PM DATE DUE

| | | | |
|---|---|---|---|
| SPECIAL HANDLING FEE | Cash | Other | D.A. $ 685 — |
| FILING FEE | Cash | Other | D.A. $ 45 — |
| DOCUMENT RECORDATION FEE | Cash | Other | D.A. $ |
| OTHER SERVICES | Cash | Other | D.A. $ |
| | | | 730.00 |

D.A. Name: No.:

**received**

☐ Not examined in I&R

Form(s) 1 VA

No. of Copies 2 pages

Document(s)

Correspondence

Cover Letter ✓

Other

**services** Estimate given by

Additional Certificate $

Certifications $

Other $

TOTAL $

REFER TO

**title**

Sterling Silver Baby Bootie

received from Barlow, Josephs, Holmes Ltd. representing phone

city, state, ZIP 101 Dyer Street, Suite 501 Providence, RI 02903

received/approved by [illegible] date time

**correspondence** ☐ Date: ETN: Examiner:

**routing** M.C. Notified: Date/Time Initials Initials of Expediter

| | in DATE/TIME | out DATE/TIME | INITIALS | | in DATE/TIME | out DATE/TIME | INITIALS |
|---|---|---|---|---|---|---|---|
| Mail Room | | | | Selection | | | |
| Data Prep | | | | Cataloging | | | |
| Examining | | | | CPU | | | |
| Exam. D.O.* | | | | Documents Unit (Docs.) | | | |
| D & A:* | | | | | | | |
| Reg. Numbering | | | | (*for Special Relief Cases only) | | | |

**certificate(s)/ document(s)** ☐ Deliver to Public Office ☒ Regular Mail ☐ Other Account no.: Telephone no.:

Initials

Date

Remitter Called: Date/Time Initials

Contact: Telephone:

☐ Delivered to Certs. & Docs. By: Received By: Date:

Picked up by: Date:

**notes**

**registration** (or Vol. & Page) **no.(s)**

receipt for **SPECIAL HANDLING** request

If you are filing an application for registration, please read the note on the reverse.

remitter copy

Applicant: GLORIA DUCHIN, INC.
Mark: STERLING SILVER BABY BOOTIE

1. Letter to Copyright Office
2. Application
3. 2 examples of the works
4. Postal Card

10/5/06-clm G006 C00207-US DRJ

COPYRIGHT OFFICE
PUBLIC OFFICE
OCT - 6 2006

ESTABLISHED 1857

# BARLOW, JOSEPHS & HOLMES, LTD.

COUNSELORS AT LAW
PATENTS - TRADEMARKS - COPYRIGHTS

DAVID R. JOSEPHS
STEPHEN J. HOLMES
MARK E. TETREAULT
JOSHUA A. STOCKWELL

OF COUNSEL:
HERBERT B. BARLOW, JR.

October 5, 2006

***via HAND DELIVERY***
U.S. Copyright Office
Library of Congress
Department 100
101 Independence Avenue, S.E.
Washington, DC 20540

| | |
|---|---|
| Re: | Application for Copyright Registration<br>SPECIAL HANDLING STATUS |
| Title of Work: | Sterling Silver Baby Bootie |
| Claimant: | Gloria Duchin, Inc. |
| Our Ref: | G6C207US |

Sir:

Please process the enclosed application for copyright registration on a "Special Handling" basis.

The reason for the request for special handling is the Copyright Claimant has discovered an infringer that is currently copying the work. Copyright Claimant is in the process of taking civil action against the infringing company that is manufacturing and selling a product that infringes Copyright Claimant's exclusive rights in the work. Copyright registration is immediately required so a civil action can be pursued to enjoin the infringement.

The following documents are enclosed: 1) Completed Application Form; 2) Two copies of the work; and 3) Check in the amount of **$730.00** covering - $45.00 basic filing fee and 685.00 Special Handling fee.

If there are any problems in connection with this matter, please contact the undersigned. Statements made in this letter are true and to the best of my knowledge and belief.

Respectfully Submitted,
Gloria Duchin, Inc.

By: [signature]

David R. Josephs, Esq.
Attorney/Agent for Claimant
BARLOW, JOSEPHS & HOLMES, LTD.
101 Dyer Street, 5th Floor
Providence, RI 02903
Tel: (401) 273-4446
Fax: (401) 273-4447

Enclosures

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA VAU

EFFECTIVE DATE OF REGISTRATION

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

1

**Title of This Work ▼**
Sterling Silver Baby Bootie

**NATURE OF THIS WORK ▼** See instructions
Sculptural Expression

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

2

a **NAME OF AUTHOR ▼**
Gloria Duchin, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼
n/a

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of / Domiciled in United States

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☑ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of / Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

3

a **Year in Which Creation of This Work Was Completed**
1997
Year
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January Day Year 1997
United States Nation

4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Gloria Duchin, Inc.
201 Narragansett Park Drive, P.O. Box 4860
East Providence, RI 02916

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

FORM VA

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼ 5

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼ a 6

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼ a 7

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼ b

David R. Josephs, Esq.
Barlow, Josephs & Holmes, Ltd.
101 Dyer Street, 5th Floor
Providence, RI 02903

Area code and daytime telephone number (401) 273-4446 Fax number (401) 273-4447

Email drj@barjos.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of Copyright Claimant

Name of author or other copyright claimant, or owner of exclusive right(s) ▲ 8

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David R. Josephs Date Oct 5, 2006

Handwritten signature (X) ▼

X [signature]

Certificate will be mailed in window envelope to this address:

Name ▼ Barlow, Josephs & Holmes, Ltd.

Number/Street/Apt ▼ 101 Dyer Street, 5th Floor

City/State/ZIP ▼ Providence, RI 02903

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

9

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

CITIZENS BANK RHODE ISLAND

4168

**BARLOW, JOSEPHS & HOLMES, LTD.**
**OPERATING ACCOUNT**
101 DYER STREET, SUITE 501
PROVIDENCE, RI 02903

57-12/115

10/5/2006

PAY TO THE ORDER OF Register of Copyrights

$ **730.00

Seven Hundred Thirty and 00/100****************************************************************************************************** DOLLARS

Register of Copyrights

AUTHORIZED SIGNATURE

MEMO Special Handling Copyright Apln.-G006

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈0004168⑈ ⑆011500120⑆ 1412 430 0⑈




Title: Sterling Silver Baby Bootie
Claimant: Gloria Duchin, Inc.
Ref: G6C207US