**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GLORIA DUCHIN, INC.,<br>Plaintiff,<br><br>v.<br><br>CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC., d/b/a PERSONAL CREATIONS,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CV0034ML |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR**
**<u>MOTION TO DISMISS AND TO STRIKE COUNT I</u>**

Defendants, CREATIVE CATALOGS CORPORATION ("CCC") and PC ACQUISITION, INC. ("PC"), by and through their attorneys, for their Reply in Support of their Motion to Dismiss and to Strike Count I, state as follows:

1. Ten months after it first filed suit, Plaintiff has belatedly filed an application for copyright registration. Although Plaintiff should have complied with this basic requirement of the Copyright Act long ago, Defendants agree that Plaintiff's copyright action can now legitimately proceed provided that Plaintiff "rectifie[s] its pleadings to reflect copyright registration or attempted registration." Pl.'s Memo., p. 3; *Foraste v. Brown Univ.*, 248 F. Supp. 2d 71, 78 (D.R.I. 2003).

2. Accordingly, Defendants ask that the Court grant their Motion and dismiss Count I of the Complaint without prejudice to Plaintiff's right to replead with a corrected Complaint.

Respectfully submitted,
DEFENDANTS,

**CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC.,**

By their attorneys,

______/s/ Robert J. Roughsedge__________________

Robert J. Roughsedge (#5876)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-439-4990
fax: 617-439-3987
rroughsedge@lawson-weitzen.com