UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLORIA DUCHIN, INC.,

*Plaintiff,*

*v.*

CREATIVE CATALOGS CORPORATION, and PC ACQUISITIONS INC., d/b/a PERSONAL CREATIONS,

*Defendants.*

2006 CV 00034 ML

**CERTIFICATE OF SERVICE**

I hereby certify that this Defendants' Reply in Support of Their Motion to Dismiss and to Strike Count I was filed electronically and notice of its filing and that it is available for viewing and downloading was sent electronically to the following attorneys on October 12, 2006:

Peter P.D. Leach
Attorney at Law
One Charles Street
Providence, RI 02904
Telephone: (401) 521-9100 ext. 102
Facsimile: (401) 521-9120
Email: PeterLeachLaw@aol.com

Christine M. Curley
275 Beacon Drive
North Kingstown, RI 02852
401-294-0847
fax 401-294-0849
Email: christinecurley@earthlink.net

/s/ Robert J. Roughsedge