**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GLORIA DUCHIN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC., d/b/a PERSONAL CREATIONS,<br><br>Defendants. | ) | No. CV0034ML |

**DEFENDANTS' LOCAL RULE Cv 16(c)**
**<u>INITIAL SCHEDULING CONFERENCE STATEMENT</u>**

Defendants, CREATIVE CATALOGS CORPORATION ("CCC") and PC ACQUISITION, INC. ("PC"), by and through their attorneys, for their Local Rule Cv. 16(c) Initial Scheduling Conference Statement, state as follows:

Defendants have pled one affirmative defense: laches. To prevail on its affirmative defense of laches, Defendants must prove (1) unreasonable delay in asserting a known right and (2) prejudice to an adverse party. *State of R.I. Dept. of Corr. v. Rhode Island State Labor Relations Bd.*, C.A. No. 93-7051, 1996 R.I. Super. LEXIS 131, *12-13 (Super. Ct. Mar. 13, 1996).

Respectfully submitted,
DEFENDANTS,

**CREATIVE CATALOGS CORPORATION and PC ACQUISITION, INC.,**

By their attorneys,

_____/s/ Robert J. Roughsedge_________________

Robert J. Roughsedge (#5876)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue
Boston, MA 02210
617-439-4990
fax: 617-439-3987
rroughsedge@lawson-weitzen.com