UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GLORIA DUCHIN, INC.,

*Plaintiff,*

*v.*

CREATIVE CATALOGS CORPORATION, and PC ACQUISITIONS INC., d/b/a PERSONAL CREATIONS,

*Defendants.*

2006 CV 00034 ML

**CERTIFICATE OF SERVICE**

I hereby certify that this Defendants' Local Rule Cv 16(c) Initial Scheduling Conference Statement was filed electronically and notice of its filing and that it is available for viewing and downloading was sent electronically to the following attorneys on October 12, 2006:

Peter P.D. Leach
Attorney at Law
One Charles Street
Providence, RI 02904
Telephone: (401) 521-9100 ext. 102
Facsimile: (401) 521-9120
Email: PeterLeachLaw@aol.com

Christine M. Curley
275 Beacon Drive
North Kingstown, RI 02852
401-294-0847
fax 401-294-0849
Email: christinecurley@earthlink.net

/s/ Robert J. Roughsedge