IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GLORIA DUCHIN, INC. | : | |
| | : | |
| v. | : | C.A. NO. 06-034ML |
| | : | |
| CREATIVE CATALOGS CORPORATION, | : | |
| And PC ACQUISITION, INC. d/b/a | : | |
| PERSONAL CREATIONS | : | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff, Gloria Duchin, Inc. hereby moves pursuant to Rule 15 of the Federal Rules of Civil Procedure, to amend its Complaint against Defendants Creative Catalogs Corporation and PC Acquisition, Inc. in order to add the factual allegations that a Copyright Registration was applied for and received by the United States Copyright Office.

In further support of its motion, Plaintiff relies on the accompanying memorandum of law and attached proposed Amended Complaint. Plaintiff further states that Defendants have assented to this Motion.

Gloria Duchin, Inc.,
By its attorney,

/s/ Peter P.D.Leach
PETER P.D. LEACH (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 Fax

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that the foregoing Plaintiff's Motion Amend to Complaint was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 21th day of November 2006:

Robert Roughsedge
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
rroughsedge@lawson-weitzen.com

Stan Sneeringer
Pedersen & Houpt
161 N. Clark Street, Suite 3100
Chicago, Il 60601
ssneeringer@pedersenhoupt.com

/s/ Christine M. Curley

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GLORIA DUCHIN, INC. | : | |
| | : | |
| v. | : | C.A. NO. 06-034ML |
| | : | |
| CREATIVE CATALOGS CORPORATION, | : | |
| And PC ACQUISITION, INC. d/b/a | : | |
| PERSONAL CREATIONS | : | |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff, Gloria Duchin, Inc. hereby moves pursuant to Rule 15 of the Federal Rules of Civil Procedure, to amend its Complaint against Defendants Creative Catalogs Corporation and PC Acquisition, Inc. in order to add the factual allegations that a Copyright Registration was applied for and received by the United States Copyright Office.

Rule 15 provides that leave to amend a complaint shall be freely given when justice so requires. This Court has followed this directive, recognizing that if there is no prejudice to the opposing party, leave to amend in most cases should be granted. *O'Neil v. Q.L.C.R.I., Inc.*, 750 F.Supp. 551, 553 (D.R.I. 1990).

The original complaint in this action was filed with the Court on January 25, 2006. Plaintiff filed an Affidavit of Proof of Service on February 6, 2006. Thereafter, counsel for the parties agreed to a stipulation to extend the time for filing an answer to March 23, 2006, which was filed with the Court. The parties exchanged correspondence and information in an attempt to resolve this matter. Because of ongoing settlement discussions, two other stipulations were filed extending the time to answer to April 28, 2006 and June 30, 2006, respectively.

On September 20, 2006, Defendants filed a motion to dismiss Plaintiff's Complaint on the grounds that this court did not have subject matter jurisdiction over Plaintiff's copyright

claims because there was no allegation in the Complaint that a copyright registration for the Baby Bootie had been applied for or received from the United States Copyright Office. After a pretrial conference held on October 19, 2006, the Court granted Plaintiff leave to amend its Complaint and Defendant agreed to withdraw its motion to dismiss.

None of the countervailing factors enumerated by this court, namely, futility, delay, bad faith or dilatory motive are present to warrant denial of the Plaintiff's motion in this case. *O'Neil v. Q.L.C.R.I., Inc*., 750 F.Supp. 551, 553 (D.R.I. 1990). Moreover, Defendant cannot claim that he would be prejudiced in any way should this motion be granted because at all times he has been aware of the existence of and his business relationship with both of these entities.

Accordingly, pursuant to the liberal standards of Rule 15, Plaintiff respectfully requests that its motion to amend its complaint be granted in all respects. Plaintiff further states that Defendants have assented to this Motion.

**Conclusion**

For the foregoing reasons, Plaintiff Gloria Duchin, Inc., hereby requests that Plaintiff's Motion to Amend Complaint be granted in all respects. A copy of the proposed Amended Complaint is attached hereto as *Exhibit 1*.

Gloria Duchin, Inc.,
By its attorney,

/s/ Peter P.D.Leach
PETER P.D. LEACH (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
(401) 521-9120 Fax

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that the foregoing Memorandum in Support of Plaintiff's Motion to Amend Complaint was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 21th day of November 2006:

Robert Roughsedge
Lawson & Weitzen, LLP
88 Black Falcon Avenue
Suite 345
Boston, MA 02210
rroughsedge@lawson-weitzen.com

Stan Sneeringer
Pedersen & Houpt
161 N. Clark Street, Suite 3100
Chicago, Il 60601
ssneeringer@pedersenhoupt.com

/s/ Christine M. Curley