EXHIBIT 1













Title: Sterling Silver Baby Bootie
Claimant: Gloria Duchin, Inc.
Ref: G6C207US