IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GLORIA DUCHIN, INC. | : |
| | : |
| v. | : C.A. NO. 06-034ML |
| | : |
| CREATIVE CATALOGS CORPORATION, | : |
| And PC ACQUISITION, INC. d/b/a | : |
| PERSONAL CREATIONS | : |

**DISMISSAL STIPULATION**

The undersigned parties hereby stipulate that the all of the claims in the above captioned case may be dismissed in their entirety, with prejudice, in accordance with that certain Settlement Agreement executed by the parties, with neither party to pay costs or attorneys' fees.

| | |
|---|---|
| GLORIA DUCHIN, INC. | CREATIVE CATALOGS CORPORATION |
| | and PC ACQUISITION, INC. d/b/a |
| By its attorneys, | PERSONAL CREATIONS |
| | By its attorneys, |
| | |
| /s/ Peter P.D.Leach | /s/Robert Roughsedge |
| PETER P.D. LEACH | ROBERT ROUGHSEDGE |
| One Charles Street | Lawson & Weitzen, LLP |
| Providence, RI  02904 | 88 Black Falcon Avenue |
| (401) 521-9100 | Suite 345 |
| (401) 521-9120 Fax | Boston, MA 02210 |
| peterleachlaw@aol.com | rroughsedge@lawson-weitzen.com |
| | |
| /s/ Christine M. Curley | /s/ Stan Sneeringer |
| CHRISTINE M. CURLEY | STAN SNEERINGER |
| 275 Beacon Drive | Pedersen & Houpt |
| North Kingstown, RI 02852 | 161 N. Clark Street, Suite 3100 |
| (401) 294-0847 | Chicago, Il 60601 |
| FAX (401) 294-0849 | ssneeringer@pedersenhoupt.com |
| christinecurley@earthlink.net | |